UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                 CASE NO.: 06-20280
                                                  HON. LAWRENCE P. ZATKOFF

ALI MURRAY, et al,

      Defendants.
_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the Court on the Plaintiff's unopposed Motion for Opening of Ancillary Proceeding (Docket #148).  The Court is also in receipt of Magistrate Judge Steven D. Pepe's Report and Recommendation, wherein the Magistrate Judge recommends that Plaintiff's Motion be granted.

After a thorough review of the court file, the Plaintiff's Motion and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

Therefore, for the reasons stated above, the Court GRANTS Plaintiff's Motion.

IT IS SO ORDERED.

                                                  S/Lawrence P. Zatkoff
                                                  LAWRENCE P. ZATKOFF
                                                  UNITED STATES DISTRICT JUDGE

Dated:  February 17, 2009

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 17, 2009.

                                          S/Marie E. Verlinde
                                          Case Manager
                                          (810) 984-3290